FILED IN CHAMBERS
U.S.D.C. - Atlanta

FEB 26 2018

James N. Hatten, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID ANDRES PEREZ-PELAEZ, | |
| Movant | CRIMINAL ACTION FILE NO. 1:15-CR-078-1-ODE-RGV |
| v. | CIVIL ACTION FILE NO. |
| UNITED STATES OF AMERICA, | 1:18-CV-031-ODE-RGV |
| Respondent | |

ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Russell G. Vineyard filed January 22, 2018 ("R&R") [Doc. 59]. No objections have been filed.

In the R&R, Judge Vineyard recommends that Movant's § 2255 motion be dismissed and that a certificate of appealability ("COA") be denied. Specifically, Judge Vineyard found that this 28 U.S.C. § 2255 motion is impermissibly successive and should be dismissed pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings ("Rule 4(b)"). In addition, a COA should be denied because it is not debatable that the § 2255 motion is impermissibly successive.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Movant's § 2255 motion [Doc. 58] is DISMISSED pursuant to Rule 4(b), and a COA is DENIED.

SO ORDERED, this 26 day of February, 2018.

[signature]
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE